Jermarcus Parker

11730 Warner Rd

Cleveland, Texas 77328

832-374-6342

Bge365@gmail.com

5/30/2025

United States Courts
Southern District of Texas
FILED

MAY 3 0 2025

Nathan Ochsner, Clerk of Court

Case No. 22-33645

Chapter 13

Dear Sir/Madam,

Please find this letter in supplement to the motion for disbursement I've filed with the US District Court of Southern Texas. On 5/28/2023 an order dismissing case was signed by Christopher Lopez (United States Bankruptcy Judge). I'm requesting release of unclaimed funds of $11,339.40 to be released to me, Jermarcus Parker. I was not able to receive mail from my former address at the time a check was originally disbursed. The check issued expired.

I reached out to the office of David Peake Chapter 13 Trustee and the clerk's office of this court and they advised me to file a motion with this court requesting your approval for disbursement.

Sincerely,

Jermarcus Parker